Hon. Michelle Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWNA MCINTIRE<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOUSING AUTHORITY OF SNOHOMISH COUNTY<br><br>　　　　　Defendant. | Case No. 22-cv-1757 MLP<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>Noted for:  June 4, 2024<br>No Oral Argument |

## I.  ORDER

This matter, having come before the Court on the parties' stipulated motion, and having reviewed the parties stipulated motion, it is ORDERED:

1. The Court will retain jurisdiction for one year from the date of this Order for the purpose of enabling the Parties to apply to the Court for any further order that may be necessary to construe, carry out, enforce compliance, modify, and/or resolve any dispute regarding the terms or conditions of this Order. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

2. The Settlement Agreement attached herein as Exhibit A is hereby incorporated into the terms of this Order;

ORDER OF DISMISSAL
22-cv-1757

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

3. *Order of Dismissal*. It is hereby **ORDERED**, that Plaintiffs' claims and causes of actions are dismissed with prejudice.

DATED this 5th day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

NORTHWEST JUSTICE PROJECT

/s/Scott Crain
Scott Crain, WSBA#37224
ScottC@nwjustice.org

401 Second Ave. S #407
Seattle, WA 98104
Attorneys for Plaintiffs

ORDER OF DISMISSAL
22-cv-1757

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501