# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWNA MCINTIRE,<br><br>                Plaintiff,<br><br>v.<br><br>HOUSING AUTHORITY OF SNOHOMISH COUNTY,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C22-1757-MLP |

\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Pursuant to the parties' Joint Motion to Dismiss (dkt. # 45) this case is DISMISSED with prejudice.

Dated June 5, 2024.

                                            Ravi Subramanian
                                            Clerk of Court

                                            s/Tim Farrell
                                            Deputy Clerk